UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| RAEMON SMITH, # 622486, ) | |
| ) | |
| Petitioner, ) | Case No. 1:10-cv-774 |
| ) | |
| v. ) | Honorable Paul L. Maloney |
| ) | |
| MARY BERGHUIS, ) | |
| ) | |
| Respondent. ) | |

## JUDGMENT

In accordance with the Opinion entered this day:

**IT IS ORDERED** that petitioner's application for habeas corpus relief is hereby **DENIED** because it fails to raise a meritorious federal claim.


Dated:  August 25, 2016                     /s/ Paul L. Maloney
                                            Paul L. Maloney
                                            United States District Judge